IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00243-LTB

TIMOTHY EDWARD HOLZ,

    Applicant,

v.

J. OLIVER, Warden,

    Respondent.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 13, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Respondent and against Applicant.

    DATED at Denver, Colorado, this 13 day of March, 2014.

                            FOR THE COURT,

                            JEFFREY P. COLWELL, Clerk

                            By: s/ Jennifer Hawkins
                                Deputy Clerk